THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Scranton, PA 18501
Attorneys for Plaintiff
Phone: 570-348-2800

COPY



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | 1:CV-00-1105 |
| | ) | |
| TAMMY R. SMITH, | ) | |
|     Defendant, | ) | |

FILED
SCRANTON

SEP 17 2002

PER_____
  DEPUTY CLERK

### NOTICE OF GARNISHMENT AND INSTRUCTIONS TO DEBTOR

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you on 9/07/00. The Garnishment will be served on Hurley's Super Markets, Inc., Garnishee, as it is believed that the Garnishee may have property of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think these funds are exempt from execution under state or federal law and request a hearing, a Court Order will be entered attaching the funds and the funds will be applied against the judgment owed the United States of America.

Any objection that you file to contest the garnishment must be filed in the office of the Clerk, United States District Court, Middle District of Pennsylvania, 1st Floor, Wm. J. Nealon Federal Building, Scranton, PA 18503.

The objection must state your reasons for believing that these funds are not subject to attachment by the United States of America. A copy of the objection or other pleadings must also be served on: (1) the United States Attorney for the Middle District of Pennsylvania, P.O. Box 309, Scranton, PA 18501, and (2) Garnishee, Hurley's Super Markets, Inc., 387 York Avenue, Towanda, PA 18848.

    YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

    THOMAS A. MARINO
    United States Attorney

    *[signature]*

    J. JUSTIN BLEWITT, JR.
    Assistant U.S. Attorney

    CARROLL A. TERRUSO
    Paralegal Specialist

THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Scranton, PA 18501
Attorneys for Plaintiff
Phone: 570-348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>    v.<br><br>TAMMY R. SMITH,<br>   Defendant,<br><br> and<br><br>Hurley's Super Markets, Inc.,<br>   Garnishee. | 1:CV-00-1105 |

CERTIFICATION OF SERVICE OF DOCUMENTS
ON JUDGMENT DEBTOR

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Application for Writ of Continuing Garnishment, along with the Notice of Garnishment was sent to the judgment debtor by first-class mail on _September 17_, 2002, to the last known address of the judgment debtor.

DATE: 9/17/02

          THOMAS A. MARINO
         United States Attorney

         J. JUSTIN BLEWITT, JR.
         Assistant U.S. Attorney

         CARROLL A. TERRUSO
         Paralegal Specialist