UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>TAMMY R. SMITH,<br>    Defendant, | 1:CV-00-1105<br>(Judge Kane) |

FILED
SCRANTON
SEP 19 2002
PER _____
DEPUTY CLERK

## INSTRUCTIONS TO DEBTOR
## CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT

You are hereby notified that wages due and owing are being taken by the United States of America who has a judgment, Civil No. 1:CV-00-1105, in the Middle District of Pennsylvania. A balance of $4,786.54 plus interest from September 17, 2002 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, the defendant, can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the Commonwealth of Pennsylvania:

See Attached List of Exemptions.

If you are Tammy R. Smith, you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing.

If you wish, you may use this notice to request the hearing by checking the box below. You must either mail it or deliver it in person to the Clerk of the United States District Court at 1st Floor, Wm. J. Nealon Federal Building, Scranton, PA 18501. You must also send a copy of your request to the United States Attorney at P.O. Box 309, Scranton, PA 18501, so the Government will know you want a hearing.

☐

The hearing will take place within 5 days after the Clerk receives your request, (if you ask for it to take place that quickly), or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, up to 25% of your disposable earnings may be applied to the debt you owe the government.

If you live outside of the federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice,

federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of Court, 1st Floor, Wm. J. Nealon Federal Building, Scranton, PA 18503. You must also send a copy of your request to the U.S. Attorney at P.O. Box 309, Scranton, PA 18501, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

By *Main Deputy Clerk*
MARY E. D'ANDREA, CLERK
U.S. District Court