| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:CV-00-1105 |
|---|---|
| DEFENDANT<br>TAMMY R. SMITH | TYPE OF PROCESS<br>INSTRUCTIONS TO DEBTOR/NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TAMMY R. SMITH
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
519 2ND STREET, TOWANDA, PA 18848

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CARROLL A. TERRUSO, PS
U.S. ATTORNEY
P.O. BOX 309
SCRANTON, PA 18501

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN: 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
DOB: 10/13/62

Signature of Attorney or other Originator requesting service on behalf of:
CARROLL A. TERRUSO, PS
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 570-348-2800
DATE: 10/24/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>Q. Lavelle | Date 10/24/02 |
|---|---|---|---|---|---|

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Tammy Smith

Address (complete only if different than shown above)
Hurley Food Store
357 York Ave
Towanda, PA. 18848

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 10-31-02 | 1200 | pm |

Signature of U.S. Marshal or Deputy
Joey P. B...

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 180.00 | 58.40 | | | | | |

REMARKS:
1 DUSM - (10AM-2PM) 160 miles

FILED SCRANTON
OCT 31 2002
PER _____ DEPUTY CLERK

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:CV-00-1105 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| TAMMY R. SMITH | WRIT OF CONTINUING GRNISHMENT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mr. Robert A. Hurley

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
387 York Avenue, Towanda, PA 18848

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CARROLL A. TERRUSO, PS
U.S. ATTORNEY
P.O. BOX 309
SCRANTON, PA 18501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                          Fold

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
CARROLL A. TERRUSO, PS
TELEPHONE NUMBER: 570-348-2800
DATE: 10/24/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  G. Lavelle | Date 10/24/02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Cindy Vischansky - Book keeper

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10-30-02    Time: 12:00 pm

Signature of U.S. Marshal or Deputy

FILED SCRANTON OCT 31 2002 PER

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 180.00 | 58.40 | | | | | |

REMARKS:
1 Dugan - (10AM - 2PM) 160 miles

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|