THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18501
Attorneys for Plaintiff
Phone:  (570)348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | 1:CV-00-1105 |
| | ) | (KANE, C.J.) |
| | ) | |
| TAMMY R. SMITH, | ) | |
| Defendant. | ) | |

### MOTION TO COMPEL ANSWER TO INTERROGATORIES

Plaintiff, the United States of America, says:

1. A judgment was entered against Defendant at 1:CV-00-1105, in the amount of $4,624.53 plus interest and costs.

2. As a result of that judgment, Defendant is presently indebted to the United States of America in the sum of $6,432.32, plus interest and costs.

3. On August 3, 2006, Plaintiff served on TAMMY R. SMITH, Defendant, certain interrogatories pursuant to Federal Rule of Civil Procedure 33, a copy of which is attached hereto and made a part hereof. Defendant was also requested to furnish copies of her last two income tax returns.

4. No answers to the interrogatories have been served on Plaintiff, more than thirty (30) days have elapsed since service of the interrogatories, and there has been no enlargement of time, by the Court, to answer the interrogatories.

WHEREFORE, Plaintiff moves the Court for an Order compelling Defendant to answer the interrogatories within thirty (30) days after service, as authorized by Rule 37(A) of the Federal Rules of Civil Procedure.

DATE:  August 30, 2007

THOMAS A. MARINO
United States Attorney

By   /s MICHAEL THIEL
G. MICHAEL THIEL,
Assistant U.S. Attorney

Karen M. Musloski
Paralegal Specialist