THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
Wm.J. Nealon Federal Building
Washington & Linden
Scranton, PA  18501
Phone:  (570) 348-2800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 1:CV-00-1105 |
| v | ) | |
| | ) | |
| TAMMY R. SMITH, | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE BY MAIL |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on  August 30, 2007, she served a copy of the attached:

MOTION

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Scranton, Pennsylvania.

Addressee:   TAMMY R. SMITH
             519 2nd Street
             Towanda, PA 18848-1515


Karen M. Musloski
Paralegal Specialist