UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>  Vs. )<br>)<br>)<br>TAMMY R. SMITH, )<br>      Defendant. ) | 1:CV-00-1105 |

O R D E R

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion of the United States and pursuant to Federal Rules of Civil Procedure 37(a):

IT IS ORDERED that Defendant, TAMMY R. SMITH , serve on Plaintiff answers to the Plaintiff's written interrogatories within thirty (30) days after service of this Order, by mailing same to: United States Attorney's Office, Wm. J. Nealon Federal Building and Courthouse, Washington and Linden, Scranton, PA  18501.

_____
YVETTE KANE
U.S. District Court Judge