IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff | : | Civil Action No. 1:00-CV-1105 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| **TAMMY S. SMITH,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 5th day of November, 2007, upon consideration of Plaintiff's motion to compel (Doc. No. 14) pursuant to Federal Rule of Civil Procedure 37(a), **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. Defendant is **ORDERED TO** serve Plaintiff with answers to the Plaintiff's written interrogatories within thirty (30) days after service of this order, by mailing same to: United States Attorney's Office, Wm. J. Nealon Federal Building and Courthouse, Washington and Linden, Scranton, PA 18501.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania